1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JEREMIAH ALLEN RUTH,                    No.  2:22–cv–1199–KJM–CKD PS

12                  Plaintiff,               ORDER

13        v.                                 (ECF No. 11)

14   WALMART INC.,

15                  Defendant.

16

17        On August 29, 2022, the court granted pro se plaintiff leave to proceed in forma pauperis

18   on this employment discrimination complaint, pursuant to 28 U.S.C. § 1915.  (ECF No. 10.)  In

19   conducting the screening required under § 1915(e)(2)(B), the court found that the complaint

20   failed to state a claim and granted plaintiff leave to amend.  (Id.)  The court also denied as moot

21   the motions to dismiss prematurely filed by defendant Walmart and another of the four

22   defendants named in the original complaint.  (Id.)

23        On September 16, 2022, plaintiff filed a First Amended Complaint against Walmart only,

24   asserting claims under Title VII of the Civil Rights Act of 1964 ("Title VII") and the Americans

25   with Disabilities Act ("ADA").  (ECF No. 11.)  Liberally construed, and considering all

26   attachments, the First Amended Complaint states colorable claims under Title VII (on grounds of

27   retaliation and discrimination based on race and sex/sexual orientation) and under the ADA—for

28   screening purposes only, see 28 U.S.C. § 1915(e)(2)(B).  The court reserves any substantive

1

1   decision on the merits of plaintiff's claims, and this order does not preclude defendant from

2   challenging plaintiff's First Amended Complaint through a renewed timely motion under Federal

3   Rule of Civil Procedure 12 or other appropriate method of challenging plaintiff's pleading.

4        Therefore, the court orders service of the First Amended Complaint on defendant;

5   however, personal service by the U.S. Marshal is not required in this instance because Walmart,

6   the sole remaining defendant, has already appeared in this action and (through counsel) is

7   receiving electronic service in this case.

8                                              **ORDER**

9        Accordingly, it is HEREBY ORDERED that:

10   1.  The Clerk of Court shall update the docket to show the following parties as reflected in

11       the First Amended Complaint:

12       a.  Correct the name of the first defendant to "Walmart Inc." in place of "Walmart

13           Stores Inc."; and

14       b.  Terminate all other defendants;

15   2.  The Clerk of Court is directed to issue a summons and all standard case-initiating

16       documents for this case; and

17   3.  **Within 21 days** of the Clerk's issuance of the summons, defendant Walmart Inc. shall

18       respond to the First Amended Complaint (ECF No. 11).

19   Dated:  October 3, 2022

20                                    CAROLYN K. DELANEY
21                                    UNITED STATES MAGISTRATE JUDGE

22

23

24   19.ruth.1199

25

26

27

28

                                                 2